1  Cody Jay Brownstein (SBN 269551)
   cjbrownstein@gmail.com
2  LAW OFFICES OF CODY J. BROWNSTEIN
   8710 Belford Avenue #220
3  Los Angeles, California 90045
   Telephone: (310) 874-8743
4
   Attorney for Plaintiff DIANA NGUYEN
5

FILED
10 SEP 27 PM 1:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

DIANA NGUYEN, an individual,

    Plaintiff,

    vs.

JOHN IVAN JOHNSON, an individual, a/k/a JOHN KAT JOHNSON,

    Defendant.

Case No. CV10 7191 CAS FMOx

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

(1) DEFAMATION

(2) INVASION OF PRIVACY

(3) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(4) INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE

(5) CONVERSION

(6) BATTERY

DEMAND FOR JURY TRIAL

///
///
///
///

# COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

For her Complaint, Plaintiff DIANA NGUYEN ("Plaintiff") alleges:

## JURISDICTION

1. The Court has diversity jurisdiction of this action under Title 18 of the United States Code, Section 1332, because Plaintiff is a citizen of the State of California and Defendant JOHN IVAN JOHNSON ("Defendant") is a citizen of the State of Washington, and the amount in controversy exceeds the sum or value specified in Section 1332.

## FIRST CLAIM FOR RELIEF
## (DEFAMATION)

2. Defendant has published and continues to publish on the Internet false and defamatory statements about Plaintiff, including, but not limited to, the statement that she is HIV-positive when in fact she is not. These statements have been viewed by her family, friends, fans, current and prospective employers, and members of her community, and have severely injured both her personal and professional reputation.

3. Moreover, Defendant has created and continues to create fake profiles of Plaintiff on popular Internet sites such as Facebook, MySpace, Twitter, and YouTube, advertising prostitution and other illegal and illicit services with the intention of further injuring Plaintiff's reputation, which has actually happened.

///

## SECOND CLAIM FOR RELIEF
## (INVASION OF PRIVACY)

4. Defendant knows Plaintiff's Social Security Number, date of birth, addresses, telephone numbers, e-mail addresses, and other private information.

5. Using this information, Defendant attempted to open and actually did open numerous financial accounts (e.g., credit cards) under Plaintiff's name and utilizing her credit, without her consent, which has negatively impacted her credit and financial history.

6. Moreover, Defendant has contacted and continues to contact Plaintiff's family, friends, fans, current and prospective employers, and members of her community, telling them that she is engaged in prostitution and other illegal and illicit activities. This contact was never and is not being solicited by any of these recipients. It was and is being made by Defendant for the sole purpose of subjecting Plaintiff to embarrassment, humiliation, and ridicule, which she actually did and continues to experience.

## THIRD CLAIM FOR RELIEF
## (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

7. The extreme and outrageous conduct set forth in Paragraphs 2-6 above has resulted in Plaintiff suffering, and continuing to suffer, severe emotional distress.

///
///
///

## FOURTH CLAIM FOR RELIEF
## (INTERFERENCE WITH PROSPECTIVE BUSINESS ADVANTAGE)

8. Defendant has contacted and continues to contact Plaintiff's employers, prospective employers, and other parties with whom she has business relationships with, with the intention of destroying the relationships. He did and does so by, for example, falsely claiming ownership of her trademarks and publicity rights.

9. Defendant's repeated interference with Plaintiff's business relationships has tarnished her reputation as being a consistent, dependable performer, which is crucial to her continued professional success.

## FIFTH CLAIM FOR RELIEF
## (CONVERSION)

10. On numerous occasions, Defendant has broken into Plaintiff's home and stolen and destroyed her personal property, including, but not limited to, valuable custom costumes which she utilizes in her performances; desktop and laptop computers; digital cameras; wireless phones; clothing; and important documents such as her Social Security card, birth certificate, and passport.

11. As a result, she has been permanently deprived of these items or, where possible, forced to expend considerable sums of money to replace them.

## SIXTH CLAIM FOR RELIEF
## (BATTERY)

12. On at least one occasion, Defendant violently attacked Plaintiff, causing her to suffer both physical and emotional injury.

# DEMAND FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant:

1. For compensatory damages in an amount to be determined at trial, not less than ten-million dollars ($10,000,000);
2. For punitive damages in an amount to be determined at trial, not less than ten-million dollars ($10,000,000);
3. For a permanent injunction forever prohibiting Defendant from (a) directly or indirectly harassing Plaintiff and her family; (b) impersonating Plaintiff on the Internet; and (c) interfering with Plaintiff's business;
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court deems just and proper under the circumstances.

DATED: September 23, 2010

LAW OFFICES OF CODY J. BROWNSTEIN

By: *[signature]*

Cody Jay Brownstein
Attorney for Plaintiff DIANA NGUYEN

///
///
///
///
///

## DEMAND FOR JURY TRIAL

Plaintiff DIANA NGUYEN hereby demands a jury trial.

DATED: September 23, 2010

LAW OFFICES OF CODY J. BROWNSTEIN

By: _____

Cody Jay Brownstein
Attorney for Plaintiff DIANA NGUYEN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Fernando M. Olguin.

The case number on all documents filed with the Court should read as follows:

```
          CV10- 7191 CAS  (FMOx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** <br> 312 N. Spring St., Rm. G-8 <br> Los Angeles, CA 90012 | [ ] **Southern Division** <br> 411 West Fourth St., Rm. 1-053 <br> Santa Ana, CA 92701-4516 | [ ] **Eastern Division** <br> 3470 Twelfth St., Rm. 134 <br> Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Cody Jay Brownstein (SBN 269551)
cjbrownstein@gmail.com
LAW OFFICES OF CODY J. BROWNSTEIN
8710 Belford Avenue #220
Los Angeles, California 90045
Telephone: (310) 874-8743

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA NGUYEN, an individual<br><br>PLAINTIFF(S)<br>v.<br><br>JOHN IVAN JOHNSON, an individual,<br>a/k/a JOHN KAT JOHNSON<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10 7191 CAS FMOx**<br><br>SUMMONS |

TO:  DEFENDANT(S): JOHN IVAN JOHNSON, an individual, a/k/a JOHN KAT JOHNSON

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __CODY JAY BROWNSTEIN__, whose address is __8710 BELFORD AVENUE #220, LOS ANGELES, CALIFORNIA 90045__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __SEP 27 2010__     By: __CHRISTOPHER POWERS__
                                    Deputy Clerk
                                    (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DIANA NGUYEN, an individual

**DEFENDANTS**
JOHN IVAN JOHNSON, an individual, a/k/a JOHN KAT JOHNSON

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

LAW OFFICES OF CODY J. BROWNSTEIN
8710 Belford Avenue #220, Los Angeles, California 90045
Telephone: (310) 874-8743

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT: $ 20,000,000**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(1) Defamation; (2) Invasion of privacy; (3) Intentional infliction of emotional distress; (4) Interference with prospective business advantage; (5) Conversion; (6) Battery

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☒ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **CV10 7191**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| DIANA NGUYEN - Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | JOHN IVAN JOHNSON - State of Washington |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All claims - Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date September 23, 2010

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |